Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:(949) 258-5081

*Attorneys for Plaintiff,*
Michael Grecco Productions, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,

    Plaintiff,

  v.

FILMNET, LLC D/B/A FILMNET.IO, a Massachusetts limited liability company; CHRIS K DANIELS, an individual; and DOES 1-10, inclusive,

    Defendants.

Case No. 2:25-cv-1939

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**DEMAND FOR JURY TRIAL**

Michael Grecco Productions, Inc. ("Grecco"), by and through its attorneys of record, complains against FilmNet, LLC ("FilmNet"), Chris K Daniels ("Daniels"), and DOES 1-10, inclusive (collectively, "Defendants"), as follows:

## JURISDICTION AND VENUE

1.      This is a civil action against Defendants for its acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

2.      This Court has subject matter jurisdiction over this copyright infringement action under 28 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

3.      Venue is proper in this District under 28 U.S.C. §§ 1391(b)(2) and (c) in that the claim arises in this Judicial District, the Defendants transacts business in this Judicial District, and the injury suffered by Grecco took place in this Judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

4.      Plaintiff Grecco is a photography studio and business owned and operated by photographer Michael Grecco and registered with the State of California on or around January 1, 1998.  Grecco is the successor by corporate name change from Michael Grecco Photography, Inc. to Michael Grecco Productions, Inc. on January 26, 2012.  Grecco is a California corporation with its principal place of business at 3103 17th Street, Santa Monica, California 90405.

5.      Grecco is informed and believes and, upon such, alleges that FilmNet, a Massachusetts limited liability company, hosts a self-described "film-making network" website, <<filmnet.io>> (the "Website") that provides services globally, including in and to this District.

6.      DOES 1 through 10, inclusive, are unknown to Grecco, who therefore sues said Defendants by such fictitious names.  Grecco will ask leave of Court to

amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.  Grecco is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" are legally responsible in some manner for the events and happenings herein alleged, and that Grecco's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

*Plaintiff's Business and the Photographs Forming the*
*Subject Matter of This Dispute*

7.      As part of its business as a prominent celebrity photography agency, Grecco is hired by a multitude of top-tier media outlets, including certain Hollywood studios, to take photographs of celebrities.  Michael Grecco has been asked to create and photograph iconic cover and portrait shots of legendary musicians, actors, directors, technologists, Olympians, fashion models, comedians, athletes and automobiles—such as Johnny Cash, Steven Spielberg, Will Smith, Joaquin Phoenix, Penelope Cruz, Olympian Janet Evans, Martin Scorsese, Steve Martin, Chris Rock, the SnapChat Founders, and Porsche's legendary 911 sports automobile.  Michael Grecco has photographed for some of the most significant publications and magazines in the world, from Vanity Fair to Rolling Stone to ESPN Magazine to People and Forbes and Esquire to name a few, as well as for iconic brands to advertise their products, such as his iconic Porsche photographs.  Grecco then licenses its photographs on an exclusive and non-exclusive basis to top-tier media outlets.  Grecco has licensed individual images of celebrities for thousands of dollars to major top-tier outlets.

8.      Grecco has created many stylized and valuable photographs of celebrities.  Among them is the photograph that frame the subject matter of this dispute.

9.      The photograph is a highly valuable photograph of iconic American film director and screenwriter Robert Altman (the "Photograph"). A true and correct

3

copy of the Photograph is attached hereto as Exhibit A.

10.    Grecco timely obtained the copyright registration for the Photograph with the United States Copyright Office.  The Photograph was registered with the copyright office on December 19, 2005.  *See* VAu 688-636. A true and correct copy of the Copyright Registration Certificate is attached hereto as Exhibit B.

11.    In the marketplace, celebrity photos, such as the Photograph carry tremendous monetary value. Grecco licenses these images to various third parties to create highly sought-after feature spreads, among other things, on television, print, and online.

*The Defendant and the Marketplace*

12.    FilmNet, and its principal founder, Chris K. Daniels, host a website that claims to facilitate network connections in the film-making industry through "amazing film festivals, online competitions, publications, film reviews, filmmaker interviews, articles, film news and more".

13.    On information and belief, Defendants profit through the infringement of the Photograph by attracting future sponsors and festival attendees.

14.    Indeed, Defendant's website states that it has "recent sponsors and brand partners" that include, among other businesses, AppleTV.

15.    Defendants understand the immense value of intellectual property protections. As a sophisticated and experienced online business in the film-making industry, Defendants are keenly aware of the worth of copyright and intellectual property as a valuable commodity.

16.    Still, despite their awareness of the importance of intellectual property rights, their potential to incur liability for the infringement of the same, and Defendants' knowledgeable operator, Defendants infringed Grecco's copyrights to the Photograph.

17.    On January 6, 2025, Plaintiff became aware of the Photograph's use on Defendants' Website as the lead image for their interview article of filmmaker

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

Marcellus Cox. A true and correct copy of the Photo infringement and a screenshot of the underlying source code is attached hereto as Exhibit C which demonstrates that the Photo was reproduced, distributed and publicly displayed by Defendants on the Website.

18.    On or about January 10, 2025, Grecco sent a letter to FilmNet, notifying it of its infringement and demanding that the Photograph be removed from the Website and included an effort to settle the dispute without the need for litigation. No response was received.

19.    On or about January 17, 2025, Grecco sent a second letter to FilmNet to which again, no response was received.

20.    However, the letter was received as the image was taken down from the Website.

21.    On or about January 23, 2025, Grecco followed up, acknowledging that the image had been removed but reminding Defendants that removal of the image did not constitute settlement and again included efforts to settle the dispute without need for litigation. No response was received.

22.    Finally, on or about February 4, 2025, Grecco again reached out. No response was received.

23.    Grecco is informed and believes that Defendants have violated federal law by infringing Grecco's copyright to at least the Photograph (identified in Exhibit A).  Specifically, Defendants reproduced, distributed and publicly displayed the Photograph, and/or derivatives thereof without permission, consent, or license.

24.    Grecco has never sold or licensed the Photograph to Defendants.

25.    Grecco is informed and believes that Defendants have driven significant traffic to their own platforms in part due to the presence of the sought after and searched for the Photograph that frames this dispute. As mentioned above, all this traffic translates into substantial ill-gotten commercial advantage and revenue generation for Defendants as a consequence of their infringing actions.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement, 17 U.S.C. § 501, Against All Defendants)**

26.    Plaintiff Grecco incorporates herein by reference the allegations in paragraphs 1 through 25 above.

27.    Grecco is the rightsholder to the copyrights of the Photograph, which substantially consists of wholly original material that constitutes copyrightable subject matter under the laws of the United States. Grecco has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Photograph has been timely registered with the United States Copyright Office. *See* VAu 688-636.

28.    Defendants have directly, vicariously, and/or contributorily infringed, and unless enjoined, will continue to infringe Grecco's copyright by reproducing, displaying, distributing, and utilizing the Photograph for purposes of trade without authorization of or payment to Grecco in violation of 17 U.S.C. § 501 et seq.

29.    Grecco is informed and believes that Defendants' acts of infringement are willful because, *inter alia*, Defendants comprise a sophisticated online entity and skilled operator with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation.

30.    Grecco is informed and believes that Defendants, despite such knowledge, willfully reproduced and distributed the Photograph, without any right to do so.

31.    Defendants have received substantial benefits in connection with the unauthorized reproduction, distribution, and utilization of the Photograph for purposes of trade, including by increasing the traffic to their websites and use of their services.

32.    Defendants' unauthorized actions were performed without Grecco's permission, license, or consent.

COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

33.     Defendants' wrongful acts have caused, and are causing, great injury to Grecco, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Grecco will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Grecco seeks a declaration that Defendants are infringing Grecco's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Grecco's copyrights.

34.     As a result of Defendants' wrongful acts alleged herein, Grecco has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

35.     Because of the willful nature of Defendants' copyright infringement, Grecco is entitled to an award of statutory damages of up to $150,000 per copyrighted work.

36.     Grecco has identified at least one copyrighted work infringed by Defendants, which occurred by way of reproduction, public distribution, and public display of the Photograph on the Website.  As such, Grecco is entitled to an award of $150,000 per work infringed in statutory damages.

37.     Alternatively, at its discretion, Grecco is entitled to actual damages in an amount to be proven at trial for the infringement of the Photograph.

38.     Grecco is also entitled to its attorney's fees and costs in prosecuting this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Grecco requests judgment against Defendants as follows:

A.     Defendants, its officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Grecco's rights in the Photograph at issue.

B.     Defendants be held liable to Grecco in statutory damages for copyright infringement in accordance with 17 U.S.C. §§ 504 (a)(2) and (c) and for costs, interest, and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

C.     An accounting be made for all profits, income, receipts, or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised that improperly or unlawfully infringes upon Grecco's copyright pursuant to 17 U.S.C. § 504 (a)(1) and (b).

D.     Requiring Defendants to account for and pay over to Grecco all profits derived by Defendants from its acts of copyright infringement and to reimburse Grecco for all damages suffered by Grecco by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

E.     Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

F.     That Grecco be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: March 5, 2025          **ONE LLP**


By: */s/ Peter R. Afrasiabi*
Peter R. Afrasiabi

*Attorneys for Plaintiff,*
Michael Grecco Productions, Inc.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

1

### <u>DEMAND FOR JURY TRIAL</u>

Plaintiff Michael Grecco Productions, Inc. hereby demands trial by jury of all issues so triable under the law.

Dated: March 5, 2025                    **ONE LLP**


By: <u>*/s/ Peter R. Afrasiabi*</u>
        Peter R. Afrasiabi

*Attorneys for Plaintiff,*
Michael Grecco Productions, Inc.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**