CHRIS K. DANIELS
812 N Kilkea Dr.
Los Angeles, CA 90046
978-857-3493
Email: chris@chriskdaniels.com

CHRIS K. DANIELS, PRO SE

FILED
CLERK, U.S. DISTRICT COURT
05/03/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>　　　　　　Plaintiff(s),<br><br>　vs.<br><br>FILMNET, LLC, D/B/A FILMNET.IO, a Massachusetts limited liability company; CHRIS K DANIELS, an individual; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant(s). | Case No. 2:25-cv-01939-SVW-AS<br>Hon. Stephen V. Wilson<br><br>**EX PARTE APPLICATION FOR REMOTE APPEARANCE AT MAY 19, 2025 HEARING; DECLARATION OF CHRIS K DANIELS IN SUPPORT THEREOF**<br><br>**Complaint Filed: March 5, 2025** |

DATED: May 3, 2025

-1-

EX PARTE APPLICATION FOR REMOTE APPEARANCE – Case No. 2:25-cv-01939-SVW-AS

**EX PARTE REQUEST FOR REMOTE APPEARANCE BY DEFENDANT CHRIS K. DANIELS**

[Hearing Scheduled for May 19, 2025 at 1:30 p.m.]

Defendant Chris K. Daniels, appearing pro se, respectfully requests permission from the Court to appear remotely for the hearing on his pending Motion to Dismiss (Dkt. 14), currently scheduled for May 19, 2025 at 1:30 PM in Courtroom 10A before the Honorable Stephen V. Wilson.

In support of this request, Defendant states the following:

1. Defendant will be traveling internationally on business during the week of May 19, 2025 and is unable to appear in person due to prior travel commitments made before the hearing date was reassigned.

2. Defendant remains fully committed to participating in the hearing and is available to appear via Zoom, telephone, or any other remote method acceptable to the Court.

3. Defendant filed this request more than one week in advance of the scheduled hearing, in compliance with the procedures set forth in the Court's New Case Order (Dkt. 21), which requires requests for remote appearance to be submitted in "pleading format with a declaration stating good cause."

4. Defendant respectfully submits that his travel abroad during the hearing week constitutes good cause for remote appearance, and remote participation will not prejudice any party or hinder the proceedings.

WHEREFORE, Defendant respectfully requests that the Court grant permission for him to appear remotely at the May 19, 2025 hearing on his Motion to Dismiss.

Respectfully submitted,

**Dated: May 3, 2025**



Chris K. Daniels
Defendant, Pro Se
812 N. Kilkea Dr.
Los Angeles, CA 90046
Email: chris@chriskdaniels.com
Phone: 978-857-3493