JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FILMNET, LLC, D/B/A FILMNET.IO, a Massachusetts limited liability company; CHRIS K DANIELS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01939-SVW-AS<br>Hon. Stephen V. Wilson<br><br>[PROPOSED] ORDER<br><br>Complaint Filed:   March 5, 2025 |

[PROPOSED] ORDER

**JS-6**

1  The Court, having considered the Parties' Stipulation for Dismissal, hereby
2  dismisses this action with prejudice, with each party to bear their own attorneys'
3  fees and costs.

5  Dated: November 14, 2025

  _____
  Hon. Stephen V. Wilson
  United States District Judge

1

**[PROPOSED] ORDER**